UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY BAGNERIS (#152277)

VERSUS                                                    CIVIL ACTION

N. BURL CAIN, ET AL                                       NUMBER 07-494-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment[1] shall be denied, that the defendant's motion for partial summary judgment[2] shall be granted, and that this action be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 44.

[2] Rec. Doc. No. 40.

Doc#45124